No opinion. Present — Young, Hagarty, Carswell and Scudder, JJ.; Kapper, J., not voting.

Rose L. Marvin, Respondent, v. Manson Realty Corporation and Others, Appellants, Impleaded with Others, Defendants. (Appeal No. 1.) — Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Kapper, J., not voting.

Rose L. Marvin, Respondent, v. Manson Realty Corporation and Others, Appellants, Impleaded with National Title Guaranty Company and New York University, Defendants. (Appeal No. 2.) — Judgment and order unanimously affirmed, with costs to respondent against appellants Friedman, Ittelson and Manson Realty Corporation. No opinion. Present — Young, Hagarty, Carswell and Scudder, JJ.; Kapper, J., not voting.

Bank of Manhattan Trust Company, as Successor Trustee by Merger to American Trust Company, under a Certain Mortgage or Deed of Trust Made by Silrap Construction Co., Inc., Bearing Date January 1, 1926, Respondent, v. Silrap Construction Co., Inc., and Others, Defendants, Impleaded with Commonwealth Bond Corporation, Individually and as Committee for the Protection of Holders of Bond Certificates under the Mortgage or Deed of Trust by Silrap Construction Co., Inc., to American Trust Company, as Trustee, Dated January 1, 1926, Respondent, and Clinton M. Woodford and Others, as Committee for the Protection of Holders of First Mortgage Six and One-half Per Cent Sinking Fund Loan Certificates Issued under and Pursuant to the Provisions of the Trust Mortgage Dated January 1, 1926, Made by Silrap Construction Co., Inc., to American Trust Company, as Trustee, Appellants. — Plaintiff having stipulated in open court to furnish a list of bondholders, the appeal from order denying motion for such list is dismissed, without costs. Trial stayed until March 15, 1933. In the meantime the court will consider the other questions involved. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

The Bay Ridge Dock Co., Inc., and Northern Dock Company, Inc., Appellants, v. United Dry Docks, Incorporated, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 237 App. Div. 900.]

David S. Bisset, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted on condition that within ten days from the entry of the order herein appellant file an undertaking with corporate surety to secure the payment of costs in all courts in the event that the appeal be decided adversely to him; otherwise, motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 237 App. Div. 901.]

Max F. Bloom, Appellant, v. The Fidelity and Casualty Company of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Isaac Bryck, Appellant, v. Joseph Pierre Ciszek and Another, Defendants. Nelson B. Ashmead, Respondent.— Motion for leave to appeal to the Appellate